**United States District Court**
**Violation Notice** (Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| UY51 | E 1665526 | Kolk | 577 |

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 10/03/2025  0630 | 38 CFR 1.218(b) 33 |

Place of Offense
2nd Level VAMC PARKING GARAGE

Offense Description: Factual Basis for Charge                    HAZMAT ☐

Operation of a vehicle in a reckless
or unsafe manner

### DEFENDANT INFORMATION    Phone: (    )

| Last Name | First Name | M.I. |
|---|---|---|
| Dzon | Frances | A |

Street Address
Rd

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Camillus | NY | 13031 | 1962 |

| Drivers License No. | CDL ☐ D.L. State | Social Security No. |
|---|---|---|
| 264 | NY | |

☒ Adult ☐ Juvenile  Sex ☐ Male ☒ Female  Hair BLK  Eyes Brown  Height 5'2"  Weight 115

### VEHICLE  VIN:                          CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ Color |
|---|---|---|---|---|
| HKH 2123 | NY | 15 | Toyota Rav 4 | Red |

### APPEARANCE IS REQUIRED

A ☐ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL

B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 100  Forfeiture Amount
+ $30 Processing Fee
$ 130.00  Total Collateral Due

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*E1665526*

*(left margin, rotated)* CVB SCAN 10/15/2025 12:1

---

I state that on _____, 20___, while exercising my duties as a law enforcement officer in the _____ District of _____

*(many blank lines)*

*(left margin, rotated)* CVB SCAN 10/15/2025 12:1

The foregoing statement is based upon:

☐ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
              Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
              Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

USDCVN #: E1665526

## STATEMENT OF PROBABLE CAUSE

I state that on 10/03/2025 at approximately 0630 hours, I Captain Andrew Kolk, as I was arriving for duty and operating my personally own vehicle in the Syracuse Veterans Affairs parking garage on level 2, I was passed by a red in color Toyota Rav 4, with New York registration ▮▮▮▮▮▮▮▮

Upon arriving in the VA Police office, I conducted a check through the eJustice portal and identified the registered owner as Francis Dizon. I later spoke with Dizon and asked if she knew what the speed limit in the garage was. Dizon stated that she did not. I advised her that the speed limit was 5 mph. I then asked if she recalled passing someone in the parking garage this morning. Dizon admitted to passing a vehicle in the parking garage. I then informed Dizon that the vehicle she had passed was operated by me and it was unsafe to overtake vehicles in the parking garage.

Aggravating Factors:

Construction has caused traffic patterns to be altered. Where the infraction took place is the area in the garage specifically designated as Veteran/Visitor only parking.

The forgoing statement is based upon:

_X_ My personal Observation                    ____ My personal investigation

____ Information supplied to me from my fellow officer's observation.

____ Other (explain above)

Executed on: ___10/03/2025___                    _____

                   **Date**                              **Officer Signature**